# CLIFTON BUDD & DeMARIA, LLP

A NEW YORK LIMITED LIABILITY PARTNERSHIP • LAW OFFICES

420 Lexington Avenue, New York, New York 10170-0089
tel 212.687.7410   fax 212.687.3285   www.cbdm.com

111 Washington Avenue
Suite 600
Albany, NY 12210
tel 518 452 0500
fax 518 689 4854

300 Broadacres Drive
Bloomfield, NJ 07003
tel 973.338.1039
fax 973 893.0499

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01 JUL 2010

July 1, 2010

**Via Email (CrottyNYSDChambers@nysd.uscourts.gov)**

Hon. Paul A. Crotty, United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *Kinuthia. v. Vallat Inc., et al.*
      09 CV 7102 (PAC)

Application GRANTED, and a conference will go forward on 9/15/10 at 3:00pm in Courtroom 20S.

SO ORDERED:
01 JUL 2010

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

Dear Judge Crotty:

  This office represents the Defendants. I write to provide the court with an update on the status of this matter. The parties are currently engaged in discovery and have exchanged some documents. They have agreed to the Confidentiality Stipulation that is attached to this email for the Court to So Order. The Stipulation will facilitate the production of the remainder of the documents. Individuals to be deposed have been identified and deposition dates are being discussed.

  The parties have discovered that they will need additional time to complete discovery. The parties have identified at least twelve individuals, including the eight collective action members that they need to depose. Currently, discovery is scheduled to close on July 30. With summer vacation schedules, it appears impossible to complete all depositions prior to the current cut-off date and the parties request until September 17, 2010 to complete discovery.

Respectfully submitted,
CLIFTON BUDD & DEMARIA, LLP

By: *Daniel W. Morris*

Daniel W. Morris

cc:   Matthew Kadushun (via email)